UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  15-61387-CIV-COHN/SELTZER

DANIEL MONROY,

    Plaintiff,

vs.

ROOFING CONCEPTS
UNLIMITED/FLORIDA, INC., et al.,

    Defendants.
_____/

## ORDER APPROVING FLSA SETTLEMENT AND DISMISSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Motion for Approval of Parties' Settlement Agreement and Stipulated Dismissal With Prejudice [DE 27] ("Motion").  The Court has reviewed the Motion, the record in the case, and is otherwise advised in the premises.

The parties have filed a copy of two concurrent settlement agreement [DE 27-2] with the Court and seek approval of the settlement agreements.  The Court finds that the terms of the settlements are fair and reasonable and meet the standard set forth in Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The parties' Settlement Agreements [DE 27-2] are hereby **APPROVED**.

2. The Joint Motion for Approval of Parties' Settlement Agreement [DE 27] is **GRANTED**.

3. The above-styled case is hereby **DISMISSED WITH PREJUDICE**.

4. The Court retains jurisdiction to enforce the parties' Settlement Agreements.

5. The Clerk of the Court shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 1st day of December, 2015.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.